IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RENTRAK CORPORATION, a professional corporation, | 3:15-CV-00458-SB |
| Plaintiff, | ORDER |
| v. | |
| SIMON BURTON, an individual; JOEL HEDRICK, an individual; VISTA GROUP INTERNATIONAL LIMITED, a New Zealand limited company; and NUMERO LIMITED, a New Zealand limited company, | |
| Defendants. | |

BROWN, Judge.

Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation (#69) on September 28, 2015, in which she recommends the Court grant the Motion (#6) to Dismiss of Defendants Vista Group International Limited and Numero Limited;

1 - ORDER

grant the Motion (#12) to Dismiss of Defendant Joel Hedrick; deny Plaintiff Rentrak Corporation's Motion (#27) to Dismiss; and deny as moot the Joint Motion (#47) to Strike of Vista Group, Numero, and Hedrick.  Plaintiff filed timely Objections to the portion of the Findings and Recommendation in which the Magistrate Judge recommended granting Vista Group and Numero's Motion to Dismiss. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In its Objections Plaintiff reiterates the arguments contained in its Response to Vista Group and Numero's Motion to Dismiss and stated at oral argument.  This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#69); **GRANTS** the Motion (#6) to Dismiss of Defendants Vista Group International Limited and Numero Limited; **GRANTS** the Motion (#12) to Dismiss of Defendant Joel Hedrick; **DENIES** Plaintiff Rentrak Corporation's Motion (#27) to Dismiss; and **DENIES as moot** the Joint Motion (#47) to Strike of Vista Group, Numero, and Hedrick.

IT IS SO ORDERED.

DATED this 30th day of November, 2015.

_____
ANNA J. BROWN
United States District Judge